Jason MORRIS, Defendant–
Below Appellant,

v.

STATE of Delaware, Plaintiff–
Below Appellee.

No. 19, 2017

Supreme Court of Delaware.

Submitted: October 4, 2017

Decided: October 18, 2017

Court Below: Superior Court of the
State of Delaware, Cr. ID No. 0908008897
(K)

AFFIRMED.

Keon D. HOPKINS, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 276, 2017

Supreme Court of Delaware.

Submitted: October 16, 2017

Decided: October 19, 2017

Court Below—Superior Court of the
State of Delaware, Cr. ID Nos.
14070138494 (S), 1407017107 (S), and
1407025910 (S)

DISMISSED.

ACCENTCARE, INC., Defendant
and Counterclaim Plaintiff
Below, Appellant,

v.

FRIEDMAN FLEISCHER & LOWE,
LLC, Plaintiff and Counterclaim
Defendant Below, Appellee.

No. 67, 2017

Supreme Court of Delaware.

Submitted: October 4, 2017

Decided: October 19, 2017

Court Below: Court of Chancery of the
State of Delaware, C.A. No. 12026–VCL

AFFIRMED.

Michael MANLEY, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 344, 2014

Supreme Court of Delaware.

Submitted: October 18, 2017

Decided: October 20, 2017

Court Below—Superior Court of the
State of Delaware

AFFIRMED.